■ LAWRENCE KURZAWSKI, Appellant, v ELBA CENTRAL SCHOOL et al., Respondents. [764 NYS2d 889] —Appeal from an order of Supreme Court, Genesee County (Noonan, J.), entered July 9, 2002, which denied plaintiff's motion for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Genesee County, Noonan, J. Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.